**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01370-CR

### ALAN MICHAEL SCHUECKLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-72399-R**

## ORDER

Appellant timely filed his notice of appeal on October 31, 2019, and the record is due December 14, 2019. Before the Court is counsel's November 18, 2019 motion to withdraw. We **GRANT** the motion and **DIRECT** the Clerk to remove J. Craig Jett as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; to J. Craig Jett; and to the Dallas County District Attorney's Office, Appellate Division.

We **ABATE** this appeal to allow the trial court to comply with this order.  We will reinstate the appeal when we receive the order appointing new counsel.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE